UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BELL,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>FRED FIGUEROA,<br><br>　　　　　　　Respondent. | CASE NO. CV 15-01943 FMO (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner objected. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　IT IS ORDERED that the Petition is denied and this action is dismissed with prejudice.

DATED:　　January 30, 2017　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE